UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01243-CEM-EJK

HOWARD COHAN,

     Plaintiff,

vs.


CL1 ORLANDO, LLC
a Foreign Limited Liability Company
d/b/a SHERATON ORLANDO NORTH HOTEL

     Defendant(s).

_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, HOWARD COHAN and the Defendant, CL1 ORLANDO, LLC, a Foreign Limited Liability Company, d/b/a SHERATON ORLANDO NORTH HOTEL, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against CL1 ORLANDO, LLC, a Foreign Limited Liability Company, d/b/a SHERATON ORLANDO NORTH HOTEL; (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Parties condition the stipulation upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

RESPECTFULLY SUBMITTED November 22, 2022.

1

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: /s/ Emeraude Lerebours
**Emeraude Lerebours, Esq.**
Florida Bar No. 1025851
Emeraude.Lerebour@jacksonlewis.com
Nicole.Villa@jacksonlewis.com
TampaDocketing@jacksonlewis.com
JACKSON LEWIS P.C.
100 S. Ashley Drive, Suite 2200
Tampa, FL 33602
Telephone: (813)512-3210
Facsimile: (813) 512-3211

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on November 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

   /s/ Gregory S. Sconzo
**Gregory S. Sconzo, Esq.**